CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  JIM MOSELEY
  DAVID L. BRIDGES
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

November 24, 2014

Arthur J. Anderson
Winstead, P.C.
500 Winstead Building
2728 N. Harwood St.
Dallas, TX 75201

Barbara E. Rosenberg
Dallas City Attorney's Office
1500 Marilla, Rm 7DN
Dallas, TX 75201-6318

Re: **In Re: City of Dallas; 05-14-00922-CV**

Dear Attorneys:

Enclosed is a copy of the Opinion that issued on October 1, 2014 for the above-mentioned case.
Please note the following typographical errors which have been corrected:

* Page 16, the word defendants have been replaced with plaintiffs in the first sentence of the last
two paragraphs.

Please replace your previous copy with the enclosed.

Sincerely,

Lisa Matz
Clerk of the Court
cc:    Sally Montgomery
       John F. Warren
       Publishers